13177. CATES *v.* THE STATE.

The evidence as to the defendant's presence at a still which was in opera-
tion was not sufficient to authorize his conviction of participating in the
manufacture of liquor.

DECIDED MARCH 7, 1922.

Indictment for making intoxicating liquor; from Walker superior
court — Judge Wright. December 3, 1921.

*Henry & Jackson,* for plaintiff in error.

*E. S. Taylor, solicitor-general,* contra.

LUKE, J. The defendant was convicted of the unlawful manufac-
ture of liquor. His conviction was dependent upon the circum-
stance that he was present with several other men at a still which
was in operation. At that time he stated to the officer who dis-
covered the still that he had no connection with it, that he was
present merely because he saw the smoke rising and thought the
woods were on fire and went to see about it. The other persons
present at the still testified positively that he had no ownership in
the still and no connection with it, and that he walked to where
it was in operation some time after they had begun to operate the
still. The testimony is not sufficient to authorize this defendant's
conviction of participating in the unlawful manufacture of liquor
as alleged in the indictment. It was error to overrule the motion
for a new trial.

*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*

---

13180. JONES *v.* THE STATE.

LUKE, J. The defendant was convicted of forgery. The assignments of
error upon the admission of testimony are without merit. The charge of
the court was full and fair. The motion to declare a mistrial, as pre-
sented here, is also without merit. The defendant has had a legal trial
and his guilt was abundantly established. It was not error to overrule
the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED MARCH 7, 1922.

Indictment for forgery; from Bibb superior court — Judge Mal-
colm D. Jones. December 10, 1921.

*John R. Cooper, W. O. Cooper Jr.,* for plaintiff in error.

*Charles H. Garrett, solicitor-general,* contra.